John J. Carey
**CAREY & DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314.725.7700
Facsimile: 314.721.0905
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 10-0190 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Anita Kaufman, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Eva Lowrance, Michael Dey, Sally Johnson, Juanita Jackson, Beverly Brawley, Cindy Hunt, Robert Laird, Deborah Stevens, Charlene Cox, Joann Highfill, Melanie Casey, David Waller, Hazel Law, and Vicky Chapa in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

/

/

/

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: 2/4, 2010    By: _____

John J. Carey
**CAREY & DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314.725.7700
Facsimile: 314.721.0905

*Attorneys for Plaintiffs*

DATED: 02/09, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated FEB 17 2010

Hon. Charles R. Breyer
United States District Court

-2-