1  John J. Carey
   CAREY & DANIS, LLC
2  8235 Forsyth Blvd., Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314-725-7700
   Facsimile: 314-721-0905
4  Attorneys for Plaintiffs

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX              Case No. : 10-0190 CRB
    MARKETING SALES PRACTICES AND
13  PRODUCT LIABILITY LITIGATION           MDL NO. 1699
                                           District Judge:  Charles R. Breyer
14
    Anita Kaufman, et al.,
15
                        Plaintiffs
16                                         STIPULATION AND ORDER OF
    vs.                                    DISMISSAL WITH PREJUDICE
17

18  Pfizer Inc, et al.,

19                       Defendants.

20

21      Come now the Plaintiffs, Anita Kaufman, Joanne Gillis for Melba Chaffin, Mabel Burt,

22  Barbara Groves, Joyce Robinson, and Carl Riley, in the above-entitled action and Defendants, by

23  and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

24  and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named

25

26

27

28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1 herein only with each side bearing its own attorneys' fees and costs.

2

3

4 DATED: 7/17, 2010  By: _____

5

           **CAREY & DANIS, LLC**
6           8235 Forsyth Blvd., Suite 1100
           St. Louis, Missouri 63105
7           Telephone: 314-725-7700
           Facsimile: 314-721-0905

8

           *Attorneys for Plaintiffs*
9

10 DATED: 10/5, 2010  By: _____

11

           **DLA PIPER LLP (US)**
12           1251 Avenue of the Americas
           New York, New York 10020
13           Telephone: 212-335-4500
           Facsimile: 212-335-4501

14

           *Defendants' Liaison Counsel*
15

16

17

 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
18 **IT IS SO ORDERED.**

19

20 Dated: 10/14/2010

21        Hon. Charles R. Breyer
        United States District Court

22

23

24

25

26

27

28            -2-